**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 05-69386 |
| | : | |
| **Edward Brice Kibler** | : | S.S. No. xxx-xx-6614 |
| | : | |
| Debtor | : | Chapter 7, Judge Preston |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $8.27 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ortho Specialist and Sports Medicine<br>1980 Tamarack Road<br>Newark, Ohio 43055 | 8 | $4.91 |
| Primecare of Southeastern Ohio<br>860 Bethesda Drive<br>Zanesville, Ohio 43701 | 15 | $3.36 |

Dated: August 31, 2009              /s/ Sara J. Daneman
                                    Sara J. Daneman (0008254)
                                    62 Mill Street
                                    Gahanna, Ohio 43230
                                    (614) 337-0960
                                    Trustee

cc:  U.S. Trustee